# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**ANGELA POE, ET AL.**

*Plaintiff*

v.

**ALEJANDRO MAYORKAS, ET AL.**

*Defendant*

Civil Action No.:
**1:21–CV–10218–WGY**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Alejandro Mayorkas
Secretary of Homeland Security
2707 Martin Luther King Jr. Avenue SE
Washington, DC  20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| Adam J. Kessel | Matthew R. Segal |
| Fish & Richardson P.C. | Adriana Lafaille |
| One Marina Park Drive, Boston, MA  02210 | American Civil Liberties Union |
| | Foundation of Massachustts, Inc., 211 Congress Street, Boston, MA  02110 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ROBERT M. FARRELL**

*CLERK OF COURT*

**/s/ – Leonardo Topanotti Vieira**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2021–02–09 09:31:12**, Clerk USDC DMA

Civil Action No.: **1:21–CV–10218–WGY**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) <u>Alejandro Mayorkas, Secretary of Homeland Security</u> was received by me on (date) <u>2/11/2021</u>.

☐ I personally served the summons on the individual at (place)_____on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____, a person of suitable age and discretion who resides there, on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is designated by law to accept service of process on behalf of (name of organization)_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☒ Other (specify) :   Served on Alejandro Mayorkas by U.S. Certified Mail, Return Receipt Requested on February 11, 2021 - Certified Mail #70183090000030036156

My fees are $ _____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

<u>  2/12/2021         </u>         <u>/s/ Derek Doherty                                   </u>
Date                                                     *Server's Signature*

<u>Derek Doherty, Office Service Manager</u>
*Printed name and title*

Fish & Richardson, P.C.
One Marina Park Drive
Boston, MA  02210
<u>                                                                              </u>
*Server's Address*

Additional information regarding attempted service, etc: