UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANGELA POE *et al*,<br><br>                            Plaintiffs,<br><br>  v.<br><br>ALEJANDRO MAYORKAS, *et al*,<br><br>                            Defendants. | No. 21-cv-10218-WGY |

**STIPULATION TO DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)**

The Parties stipulate to the dismissal of this matter, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Parties agree to bear their own costs, expenses, and fees.


Dated: March 29, 2021

Respectfully submitted,

| | |
|---|---|
| */s/ Adam J. Kessel*<br>Adam J. Kessel (BBO #661311)<br>Proshanto Mukherji (BBO #675801)<br>Eda Stark (BBO #703974)<br>Fish & Richardson P.C.<br>ONE Marina Park Drive<br>Boston, MA 02210<br>(617) 368-2180<br>kessel@fr.com<br>mukherji@fr.com<br>stark@fr.com<br><br>Kenton W. Freeman, Jr. (BBO #690911)<br>Bobby Hampton (BBO #703472)<br>Fish & Richardson P.C.<br>1000 Maine Avenue SW<br>Washington, DC 20024<br>(202) 626-6427<br>kfreeman@fr.com<br>hampton@fr.com<br><br>*Attorneys for the Plaintiffs* | */s/ Adriana Lafaille*<br>Adriana Lafaille (BBO #680210)<br>Rebecca R. Krumholz (BBO #707379)<br>Krista Oehlke (BBO #707566)<br>American Civil Liberties Union<br>Foundation of Massachusetts, Inc.<br>211 Congress Street<br>Boston, MA 02110<br>(617) 482-3170<br>alafaille@aclum.org |

NATHANIEL R. MENDELL
Acting United States Attorney

By: */s/ Erin E. Brizius*
    Erin E. Brizius
    Assistant U.S. Attorney
    United States Attorney's Office
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
    (617) 748-3398
    Erin.E.Brizius2@usdoj.gov

*Attorney for the Defendants*